**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| STEPHANIE KACZMAREK and | ) | |
| KAZZ EVENTS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Cause Number: 2:23-CV-172-PPS-JEM |
| | ) | |
| GGR FOOD SERVICE, INC. and | ) | |
| FRANK RENDE, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Plaintiffs, Stephanie Kaczmarek and Kazz Events, filed a Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). [DE 11.]  Defendants have not yet filed an answer or motion for summary judgment in this matter.

As the Stipulation of Dismissal [DE 11] meets the requirements of Fed. R. Civ. P. 41(a)(1)(A)(i), it is **GRANTED** and Plaintiffs' claims against Defendants GGR Food Service, Inc., and Frank Rende, are **DISMISSED WITH PREJUDICE.**  Last, the Clerk is **ORDERED** to **CLOSE THIS CASE**.

ENTERED: December 18, 2023.

/s/ Philip P. Simon
**PHILIP P. SIMON, JUDGE**
**UNITED STATES DISTRICT COURT**